IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JACKY JONES d/b/a JJ Services, LLC,
        Plaintiff,

-vs-                                                 Case No. A-17-CA-253-SS

CITY OF TAYLOR, TEXAS; ROBERT WALLA,
in his official capacity; and JOEL GRAHAM, in
his official capacity,
        Defendants.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#69] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

        IT IS ORDERED that the Stipulation of Dismissal [#69] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

        IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 29th day of July 2019.

                                                          Sam Sparks
                                                 UNITED STATES DISTRICT JUDGE